**DUANE MORRIS LLP**
By:     Dana B. Klinges
         Suzan Jo
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000

*Attorneys for Defendants*
*RAIT Atria, LLC, RAIT Partnership L.P. and RAIT General, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TREELINE 990 STEWART PARTNERS LLC,    : | |
|             Plaintiff,    : | CIVIL ACTION NO. |
|    : | 10-CV-5234 (JS)(ETB) |
|       v.    : | |
|    : | **MOTION TO ADMIT COUNSEL** |
| RAIT ATRIA, LLC, RAIT PARTNERSHIP,    : | **PRO HAC VICE** |
| L.P., RAIT GENERAL, INC. and 990    : | |
| STEWART AVENUE INVESTORS LLC,    : | |
|    : | |
|             Defendants.    : | |

---

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for

the Eastern District of New York, I, Suzan Jo, a member in good standing of the bar of this

Court, hereby move for an Order allowing the admission pro hac vice of:

| | |
|---|---|
| Applicant's Name: | Myles A. Seidenfrau |
| Firm Name: | Duane Morris LLP |
| Address: | 1940 Route 70 East, Suite 200 |
| City/State/Zip: | Cherry Hill, NJ 08003 |
| Phone Number: | 856-874-4200 |
| Fax Number: | 856-424-4446 |
| Email: | mseidenfrau@duanemorris.com |

Mr. Seidenfrau is a member in good standing of the Bars of the Commonwealth of

Pennsylvania, and the State of New Jersey. There is no pending disciplinary proceeding against

Mr. Seidenfrau in any State or Federal court.

Dated: New York, New York
       April 6, 2011

Respectfully submitted,

DUANE MORRIS LLP

By: _____
    Suzan Jo
    E-mail: sjo@duanemorris.com
    Dana B. Klinges
    E-mail: dklinges@duanemorris.com

    1540 Broadway
    New York, NY 10036-4086
    Telephone: +1 212 692 1000

    *Attorneys for Defendants*
    *RAIT Atria, LLC, RAIT Partnership L.P. and*
    *RAIT General, Inc.*

**DUANE MORRIS** LLP
By:    Dana B. Klinges
       Suzan Jo
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000

*Attorneys for Defendants*
*RAIT Atria, LLC, RAIT Partnership L.P. and RAIT General, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TREELINE 990 STEWART PARTNERS LLC,

                Plaintiff,

           v.

RAIT ATRIA, LLC, RAIT PARTNERSHIP,
L.P., RAIT GENERAL, INC. and 990
STEWART AVENUE INVESTORS LLC,

                Defendants.

CIVIL ACTION NO.
10-CV-5234 (JS)(ETB)

**AFFIDAVIT OF SUZAN JO IN
SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE**

---

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK )

SUZAN JO, being duly sworn, deposes and says:

1.     I am associated with the law firm of Duane Morris LLP, counsel for Defendants

RAIT Atria, LLC, RAIT Partnership L.P., and RAIT General, Inc. (together "RAIT

Defendants"), in the above-captioned action.  I am familiar with the proceedings in this case.  I

make this statement based on my personal knowledge of the facts set forth herein in support of

my Motion to admit MYLES A. SEIDENFRAU, ESQ. as counsel pro hac vice to represent the

RAIT Defendants, in this matter.

2.      I was admitted to practice law in the State of New York in 2007 and am a member in good standing of the Bar of the State of New York. I am admitted to the Bar of the United States District Court for the Eastern District of New York, and am in good standing with this Court.

3.      Mr. Seidenfrau is an associate of Duane Morris LLP, in Cherry Hill, New Jersey.

4.      Mr. Seidenfrau is a member in good standing of the Bars of the Commonwealth of Pennsylvania (2000) and the State of New Jersey (2000). (Good standing certificates are annexed hereto as Exhibit A). Mr. Seidenfrau is admitted to practice before the United States District Court for the District of New Jersey (2000), the United States District Court for the Eastern District of Pennsylvania (2001), and the United States Court of Appeals for the Third Circuit (2001).

5.      Mr. Seidenfrau has read the Local Civil Rules of this Court and acknowledges that if admitted, he will be bound thereby.

6.      Accordingly, I am please to move the admission of Myles A. Seidenfrau, Esq., pro hac vice.

7.      I respectfully submit a proposed order granting the admission of Myles A. Seidnefrau, pro hac vice, which is attached hereto as Exhibit B.

Dated: April 6, 2011
New York, New York

Suzan Jo

Sworn to before me this 6th day of April, 2011

Notary Public

ONIKA D. MCLEAN
Notary Public, State of New York
Qualified in Kings County
Reg. No. 01MC6133503
My Comm. Exp. 09/19/2009

- 2 -

# EXHIBIT A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

## *Myles Adam Seidenfrau, Esq.*

### DATE OF ADMISSION

*November 6, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  March 29, 2011**

_____

John W. Person Jr., Esq.
Deputy Prothonotary

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **MYLES ADAM SEIDENFRAU**
(No. **025332000** ) was constituted and appointed an Attorney at Law of New
Jersey on **December 07, 2000** and, as such,
has been admitted to practice before the Supreme Court and all other courts of this State
as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in
Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if
the Court's records reflect that the attorney: 1) is current with all assessments imposed as a
part of the filing of the annual Attorney Registration Statement, including, but not limited
to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not
suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this
State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-
12.

Please note that this Certificate does not constitute confirmation of an attorney's
satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice
law in this State.



In testimony whereof, I have
hereunto set my hand and
affixed the Seal of the
Supreme Court, at Trenton, this
**30TH** day of **March** , 20 **11** .

Clerk of the Supreme Court

-453a-

# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TREELINE 990 STEWART PARTNERS LLC,

                  Plaintiff,

            v.

RAIT ATRIA, LLC, RAIT PARTNERSHIP,
L.P., RAIT GENERAL, INC. and 990
STEWART AVENUE INVESTORS LLC,

                  Defendants.

CIVIL ACTION NO.
10-CV-5234 (JS)(ETB)

**ORDER TO ADMIT COUNSEL
PRO HAC VICE**

---

Upon the motion of Suzan Jo, Esq. counsel for Defendants RAIT Atria, LLC, RAIT

Partnership L.P., and RAIT General, Inc. (together "RAIT Defendants"), and said sponsor

attorney's affidavit in support;

    **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Myles A. Seidenfrau |
| Firm Name: | Duane Morris LLP |
| Address: | 1940 Route 70 East, Suite 200 |
| City/State/Zip: | Cherry Hill, NJ 08003 |
| Phone Number: | 856-874-4200 |
| Fax Number: | 856-424-4446 |
| Email: | mseidenfrau@duanemorris.com |

is admitted to pro hac vice to this Court as counsel for the RAIT Defendants in the above

captioned case. All attorneys appearing before this Court are subject to the Local Rules of the

Court, including the Rules governing the discipline of attorneys.

    If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac

vice fee to the Clerk of the Court.

Dated:  April _____, 2011

                                     _____

                                     Honorable Joanna Seybert
                                     United States District Judge

**DUANE MORRIS LLP**
By:     Dana B. Klinges
            Suzan Jo
1540 Broadway
New York, NY 10036-4086
Telephone: +1 212 692 1000

*Attorneys for Defendants*
*RAIT Atria, LLC, RAIT Partnership L.P. and RAIT General, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TREELINE 990 STEWART PARTNERS LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAIT ATRIA, LLC, RAIT PARTNERSHIP,<br>L.P., RAIT GENERAL, INC. and 990<br>STEWART AVENUE INVESTORS LLC,<br><br>                    Defendants. | CIVIL ACTION NO.<br>10-CV-5234 (JS)(ETB)<br><br>**CERTIFICATE OF SERVICE** |

On the 6th day of April 2011, I caused the Motion to Admit Counsel Pro Hac Vice and Affidavit of Suzan Jo in Support of Motion to Admit Counsel Pro Hac Vice to be served by Federal Express as follows:

**Richard Carl Schoenstein**
Saterlee Stephens Burke and Burke LLP
230 Park Avenue
New York, NY 10169
*Attorneys for Plaintiff Treeline 990 Stewart*
*Partners LLC*

**Lisa R. Schoenfeld**
Schlissel Ostrow Karabatos, PLLC
200 Garden City Plaza
Suite 301
Garden City, NY 11530
*Attorneys for Defendant 990 Stewart Avenue*
*Investors LLC*

_____
Suzan Jo

DM1\2575667.1